IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al.,<br><br>   *Plaintiffs*,<br><br>                 v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Civil Action No. _____ |

**PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS, TO WAIVE REQUIREMENT UNDER LOCAL RULE 102.2(a) TO PROVIDE ADDRESSES IN COMPLAINT CAPTION, AND FOR A PROTECTIVE ORDER**

      Plaintiffs Gabe and George Goe ("the Goe family"); Bella and Bruce Boe (the "Boe family"); Cameron and Claire Coe (the "Coe family"); Robert and Rachel Roe (the "Roe family"); Dylan Doe; and Lawrence Loe, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 5.2 and 26(c), respectfully move this Court for an order granting them leave to proceed under pseudonyms, waiving the requirement under Local Rule 102.2(a) to provide their addresses in the caption of the Complaint, and for a protective order limiting disclosure of their identities to counsel for Defendants. Plaintiffs B.G. a/k/a W.G. and Kristen Chapman join in the request to waive the requirement under Local Rule 102.2(a) that they provide their addresses in the caption of the Complaint. The grounds for this motion are set forth in the attached memorandum of law.

      WHEREFORE, Plaintiffs request that their Motion for leave to proceed under pseudonyms be granted, that the requirement under Local Rule 102.2(a) to provide their addresses in the caption of the Complaint be waived, and the Court issue a protective order limiting disclosure of their identities to counsel for Defendants.

Date:  February 4, 2025

Joshua Block*
Harper Seldin*
Chase Strangio*
Alexandra R. Johnson*
**American Civil Liberties Union
   Foundation**
125 Broad Street, Floor 18
New York, NY 10004
Telephone: (212) 549-2500
Facsimile:  (212) 549-2650
jblock@aclu.org
hseldin@aclu.org
cstrangio@aclu.org
a.johnson@aclu.org

Deborah A. Jeon (Bar No. 06905)
Zoe M. Ginsberg  (Bar No. 30727)
**American Civil Liberties Union
   Foundation of Maryland**
3600 Clipper Mill Road, Suite 200
Baltimore, MD 21211
Telephone: (410) 889-8555
Facsimile:  (410) 366-7838
jeon@aclu-md.org
zginsberg@aclu-md.org

Laura J. Edelstein*
Kai N. Galindo*
**Jenner & Block LLP**
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (628) 267-6800
Facsimile:  (628) 267-6859
LEdelstein@jenner.com
KGalindo@jenner.com

Madeleine V. Findley*
Zachary B. Cohen (Bar No. 20159)
Mary-Claire Spurgin*
**Jenner & Block LLP**
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

Respectfully submitted,

*/s/ Zachary B. Cohen*

Omar Gonzalez-Pagan*
Jennifer C. Pizer*
**Lambda Legal Defense
   and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile:  (855) 535-2236
ogonzalez-pagan@lambdalegal.org
jpizer@lambdalegal.org

Karen L. Loewy*
**Lambda Legal Defense
   and Education Fund, Inc.**
815 16th Street NW, Suite 4140
Washington, DC 20006
Telephone: (202) 804-6245
Facsimile:  (855) 535-2236
kloewy@lambdalegal.org

Nora Huppert*
**Lambda Legal Defense
   and Education Fund, Inc.**
65 E. Wacker Place, Suite 2000
Chicago, IL 60601
Telephone: (312) 605-3233
Facsimile:  (855) 535-2236
nhuppert@lambdalegal.org

Catherine E. Stetson*
Danielle Desaulniers Stempel (Bar No. 20501, Renewed 1/31/25)
Kristina Alekseyeva*
Sam H. Zwingli*
**Hogan Lovells US LLP**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5491
Facsimile:  (202) 637-5910
cate.stetson@hoganlovells.com
danielle.stempel@hoganlovells.com
kristina.alekseyeva@hoganlovells.com

MFindley@jenner.com
MSpurgin@jenner.com

Jocelyn A. Sitton*
Lillian M. McGuire*
Rebecca M. Diamond*
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile:  (312) 527-0484
JSitton@jenner.com
LMcGuire@jenner.com
RDiamond@jenner.com

sam.zwingli@hoganlovells.com

Jackson Skeen**
**Hogan Lovells US LLP**
125 High Street
Suite 2010
Boston, MA 02110
Telephone: (617) 702-7747
Facsimile:  (617) 371-1037
jackson.skeen@hoganlovells.com

*Attorneys for Plaintiffs*

*\*Application for admission or admission pro hac vice forthcoming.*

*\*\* Application for admission pro hac vice forthcoming and admitted only in D.C.  Supervised by principals of the firm admitted in Massachusetts.*

## CERTIFICATE OF SERVICE

I hereby certify that this motion, the attached memorandum of law, and proposed order will be served concurrently with the service of the Summonses and Complaint in this matter upon the following defendants by certified mail, return receipt requested:

    DONALD J. TRUMP, in his official capacity as President of the United States,
    1600 Pennsylvania Ave. NW
    Washington, DC 20220

    U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
    200 Independence Ave. SW
    Washington, DC 20201

    DOROTHY A. FINK, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services,
    200 Independence Ave. SW
    Washington, DC 20201

    HEALTH RESOURCES AND SERVICES ADMINISTRATION,
    5600 Fishers Lane
    Rockville, MD 20857 (Montgomery County)

    DIANA ESPINOSA, in her official capacity as Principal Deputy Administrator of the Health Resources and Services Administration,
    5600 Fishers Lane
    Rockville, MD 20857 (Montgomery County)

    NATIONAL INSTITUTES OF HEALTH,
    9000 Rockville Pike
    Bethesda, MD 20892 (Montgomery County)

    MATTHEW J. MEMOLI, in his official capacity as Acting NIH Director,
    9000 Rockville Pike
    Bethesda, MD 20892 (Montgomery County)

                                                */s/ Zachary B. Cohen*
                                                Zachary B. Cohen